(Pleito No. 28.—Fallado el 2 de Mayo de 1900.)

## Gordils contra Medina.

Recurso contra sentencia dictada por el Tribunal de Distrito de San Juan. .

Se falló: Que no se dará el recurso contra un auto en que se desestima un mero incidente nacido dentro del pleito.